PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JANE OLSZESKI, ) | |
| ) | CASE NO. 5:19CV1787 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ETHICON WOMEN'S HEALTH ) | |
| AND UROLOGY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

The Court conducted an Electronic Final Pretrial Conference via Zoomgov.com on March 16, 2022. All claims that were or could have been asserted in the above-entitled action by Plaintiff against Defendant Boston Scientific Corporation ("Boston Scientific") were settled in an agreement reached between the parties covering the material terms of a full and final settlement. *See* Joint Notice of Settlement ([ECF No. 112](#)). Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") have asserted an affirmative defense to apportion damages between Boston Scientific and Ethicon, as provided by [Ohio Rev. Code § 2307.23](#), Ohio's statute governing allocation of fault.

Plaintiff's counsel shall review the confidential Settlement Agreement Plaintiff entered into with Boston Scientific. On or before March 21, 2022, Plaintiff's counsel shall (1) devise a protective way to share the Settlement Agreement with counsel for Ethicon and (2) comply with

(5:19CV1787)

Local Rule 5.2 and file the Settlement Agreement electronically under seal pursuant to the

Court's Electronic Filing Policies and Procedures Manual.

    IT IS SO ORDERED.

| | |
|---|---|
|   March 17, 2022   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson<br>United States District Judge |