Approved.
/s/ *Benita Y. Pearson* on 6/14/2022
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANE OLSZESKI f/k/a JANE TORTOLA, | CASE NO.: 5:19-cv-01787-BYP |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | |
| ETHICON, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jane Olszeski fka Jane Tortola and Defendants Ethicon, Inc. and Johnson & Johnson, by and through their respective counsel, submit this Joint Stipulation of Dismissal with Prejudice. Plaintiff has reached an agreement with Defendants to resolve all of her claims in this action. Based on the foregoing, the parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Ben C. Martin (per consent)* | */s/ Brenda A. Sweet* |
| Ben C. Martin (*admitted pro hac vice*) | Jennifer L. Steinmetz (0088589) |
| Laura J. Baughman (*admitted pro hac vice*) | Susan M. Audey (0062818) |
| Rachel L. Wright (*admitted pro hac vice*) | Brenda A. Sweet (0085909) |
| Joshua V. Michaels (*admitted pro hac vice*) | TUCKER ELLIS LLP |
| MARTIN \| BAUGHMAN, PLLC | 950 Main Avenue—Suite 1100 |
| 3141 Hood Street, Level 6 | Cleveland, OH  44113-7213 |
| Dallas, TX  75219 | Telephone:  (216) 592-5000 |
| Telephone:   214.761.6614 | Facsimile:  (216) 592-5009 |
| Facsimile:   214.744.7590 | Email:    jennifer.steinmetz@tuckerellis.com |
| Email:    bmartin@martinbaughman.com | susan.audey@tuckerellis.com |
| lbaughman@martinbaughman.com | brenda.sweet@tuckerellis.com |
| rwright@martinbaughman.com | |
| jmichaels@martinbaughman.com | and |
| *Attorneys for Plaintiff* | |

5566503

Daniel R. Higginbotham (*admitted pro hac vice*)
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV  25338
Telephone:  (304) 414-1811
Facsimile:   (304) 414-1801
Email:        dhigginbotham@tcspllc.com

Allison M. Brown (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001
Telephone:  212.735.3222
Facsimile:   212.777.3222
Email:        allison.brown@skadden.com

Kasey M. Adams (*admitted pro hac vice*)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39158-6010
Telephone:  601.985.4413
Facsimile:   601.985.4500
Email:        kasey.adams@butlersnow.com

Amy M. Pepke (*admitted pro hac vice*)
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone:  901.680.7200
Facsimile:   901.680.7201
Email:        amy.pepke@butlersnow.com

*Attorneys for Defendants*
*Ethicon, Inc. and Johnson & Johnson*